FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 30 2010 ★

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2010R02216

*225 Cadman Plaze East*
*Brooklyn, New York 11201*

November 29, 2010

Ms. Morena Costello

      Re: U.S. vs. Morena Costello
          Criminal Docket No. CR-10-915

Dear Ms. Costello:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Tuesday, the 7th day of December, 2010 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                            Very truly yours,

                            LORETTA E. LYNCH
                            UNITED STATES ATTORNEY

                    By: Grand Jury Coordinator (RG)

CC: Hon. Sandra L. Townes (Mag. Gold will accept the plea.)

    David Sarratt
    Assistant U.S. Attorney

    Mildred Whalen, Esq.

    Pretrial Services Officer